RECVP 09 DEC 17 12:25 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**WILLIE JAMES BROWN,**

      Petitioner,

    v.

**SHARON BLACKETTER,**

      Respondent.

Civil Case No.  08-204-HU

O R D E R

Thomas J. Hester
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204

     Attorney for Petitioner

John R. Kroger
Attorney General

Page 1 - ORDER

Summer R. Gleason
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97301-4096

    Attorneys for Respondent

KING, Judge:

    The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and

Recommendation on November 30, 2009.  The matter is before this court.  See 28 U.S.C. §

636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me

of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd.,

700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708

F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT  Magistrate Judge Hubel's Findings and Recommendation dated

November 30, 2009 (#32) in its entirety.

    IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus (#2) is

denied.  This proceeding is dismissed with prejudice.  A certificate of appealability is denied.

    DATED this _16_ day of December, 2009.

                                        _____
                                            GARR M. KING
                                        United States District Judge

Page 2 - ORDER